# IN THE SUPREME COURT OF THE STATE OF NEVADA

JAMES WASMUND, INDIVIDUALLY AND AS SURVIVING SPOUSE AND AS ADMINISTRATOR AND HEIR OF THE ESTATE OF SANDRA MARIE SUTTON, DECEASED; JAMES WASMUND AS PARENT AND NATURAL GUARDIAN OF AUSTIN WASMUND, A MINOR, AS HEIR OF THE ESTATE OF SANDRA MARIE SUTTON, DECEASED; JAMES WASMUND AS PARENT AND NATURAL GUARDIAN OF SARAH WASMUND, A MINOR, AS HEIR OF THE ESTATE OF SANDRA MARIE SUTTON, DECEASED; AND JOHN WASMUND AS PARENT AND NATURAL GUARDIAN OF HUNTER WASMUND, A MINOR, AS HEIR OF THE ESTATE OF SANDRA MARIE SUTTON, DECEASED,

Appellants,

vs.

THE LIGHT GROUP, LLC, D/B/A HAZE NIGHT CLUB,

Respondent.

No. 70912

FILED

SEP 1 2 2016

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY
DEPUTY CLERK

## ORDER DISMISSING APPEAL

Cause appearing, appellants' motion for a voluntary dismissal of this appeal is granted. This appeal is dismissed. NRAP 42(b).

It is so ORDERED.

CLERK OF THE SUPREME COURT
TRACIE K. LINDEMAN

BY: _____

16-28304

cc: Hon. Richard Scotti, District Judge
Christiansen Law Offices
Atkinson Watkins & Hoffmann LLP
Eighth District Court Clerk